# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| APF Co. *et al.*, | Case No. 98-1596 (PJW) |
| Debtors | Jointly Administered |
| | Re: Docket No. 4784 |

## ORDER DISCHARGING WELLS FARGO TRUMBULL AS CLAIMS AND NOTICING AGENT FOR THE CLERK OF THE BANKRUPTCY COURT

Upon the Motion of Joseph A. Pardo, as successor trustee (the "Trustee") of the Creditor Trust, for entry of an order discharging Wells Fargo Trumbull ("Trumbull") as claims and noticing agent; and finding that proper and adequate notice was given; and finding that discharging Trumbull is in the best interest of these estates, and it appearing that there is cause for the relief requested; it is hereby

ORDERED, that Trumbull is hereby discharged as claims and noticing agent in these bankruptcy cases effective immediately; and it is further

ORDERED, that Trumbull shall cooperate in the transfer of any and all files and/or data in its possession to BMC, as successor claims and noticing agent.

Date: October 29, 2008

THE HONORABLE PETER J. WALSH
United States Bankruptcy Court

{BAY:01169379v2}