IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> APF Co. *et al.*, <br><br> Debtors | Chapter 11 <br><br> Case No. 98-1596 (PJW) <br><br> Jointly Administered <br><br> Re: Docket No. 4785 |

## ORDER AUTHORIZING AND APPROVING THE APOINTMENT OF BMC GROUP, INC. AS SUCCESSOR CLAIMS AND NOTICING AGENT FOR THE CLERK OF THE BANKRUPTCY COURT

Upon the application of Joseph A. Pardo, as successor trustee (the "Trustee") of the Creditor Trust, for entry of an order authorizing and approving the appointment of BMC Group, Inc. ("BMC") as Successor Claims and Noticing Agent (the "Application"); the Court having reviewed the Application, the Feil Declaration, and the Engagement Letter; and it appearing that the Court has jurisdiction over this matter; and it appearing that BMC and each of its employees represent no interest adverse to the estates such that would disqualify BMC from representation of the Debtors in these chapter 11 cases; and it appearing that BMC is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code; and it appearing that notice of the Application is sufficient under the circumstances, and that no further notice need be provided; and it further appearing that the relief requested in the Application is in the best interests of the Trustee, the Creditor Trust, and creditors of the estates; and upon the proceedings before the Court; and after due deliberation and sufficient cause appearing thereof, it is hereby

ORDERED that:

1. The Application is approved;

{BAY:01168709v1}

2. BMC is appointed as the successor Claims and Noticing Agent for the Bankruptcy Court in these chapter 11 cases under 28 U.S.C. § 156(c);

3. BMC is appointed pursuant to the terms set forth in the Application and the Engagement Letter, and shall be compensated as state therein;

4. BMC is directed to perform the services described in the Application and the Engagement Letter;

5. The Trustee is authorized to pay BMC's fees and expenses upon the submission by BMC of monthly invoices to the Trustee describing, in reasonable detail, the services for which compensation is sought, in accordance with the Engagement Letter attached to the Application as Exhibit "B;"

6. That any dispute with respect to the fees and expenses by BMC shall be brought before this Court for a final determination;

7. That upon the closing of these chapter 11 cases, BMC shall return all proofs of claim received by it and the official claims registry to the Clerk's Office; and

8. That the Court retains jurisdiction with respect to all matters arising from or related to the implementation or the interpretation of this Order.

Dated: October 27, 2008

THE HONORABLE PETER J. WALSH
United States Bankruptcy Court