# EXHIBIT A

# In re: FPA Medical Management
## Exhibit A

| | Creditor Name and Address | Claim Number | Asserted Claim Amount* | Asserted Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | 1008602<br>AKW MEDICAL, INC.<br>367 NORTH JOHNSON AVENUE<br>EL CAJON, CA 92020 | 900 | UNKNOWN | (U) | $5,856.06 | (U) | Unliquidated Claim Estimated at an Amount Certain |
| 2 | 1042342<br>AMERICENTERS<br>39209 W SIX MILE ROAD STE #111<br>ATTN: KAREN E KOMETER<br>LIVONIA, MI 48152 | 11423 | UNKNOWN | (U) | $3,165.70 | (U) | Unliquidated Claim Estimated at an Amount Certain |
| 3 | 1066066<br>DEVERA-INGUEZ, ANGELINA<br>C/O DAVID L KUIPER, ESQUIRE<br>MARERNICARE INC,<br>23352 MILL CREEK DR, SUITE 205<br>LAGUNA HILLS, CA 92653 | 15155 | UNKNOWN | (U) | $207.00 | (U) | Unliquidated Claim Estimated at an Amount Certain |
| 4 | 1046170<br>EDUARDO DISARLI<br>3045 E FLORANCE AVE.<br>HUNTINGTON PARK, CA 90255 | 564 | BLANK | (U) | $51,217.65 | (U) | Unliquidated Claim Estimated at an Amount Certain |
| 5 | 1066557<br>ERNEST A LAZOZ, DPM<br>2301 EVESHAM ROAD<br>PAVILIONS OF VORHEES STE 507<br>VORHEES, NJ 08043 | 16241 | UNKNOWN | (U) | $84.00 | (U) | Unliquidated Claim Estimated at an Amount Certain |
| 6 | 1065004<br>FEMALE HEALTH ASSOCIATES<br>2600 MONTGOMERY STREET & I-30<br>FORT WORTH, TX 76107 | 12989 | UNKNOWN | (U) | $3,650.00 | (U) | Unliquidated Claim Estimated at an Amount Certain |
| 7 | 1062102<br>FIRST UNION NATIONAL<br>1525 WEST W T HARRIS BLVD<br>BUILDING 3A, 4TH FLR CORP ACTIONS<br>CHARLOTTE, NC 28288-1190 | 3096 | UNKNOWN | (U) | $50,000.00 | (U) | Unliquidated Claim Estimated at an Amount Certain |
| 8 | 1062102<br>FIRST UNION NATIONAL<br>1525 WEST W T HARRIS BLVD<br>BUILDING 3A, 4TH FLR CORP ACTIONS<br>CHARLOTTE, NC 28288-1190 | 3097 | UNKNOWN | (U) | $1,440,000.00 | (U) | Unliquidated Claim Estimated at an Amount Certain |
| 9 | 1005118<br>FIRST UNION NATIONAL BANK<br>K/N/A US BANK NATIONAL ASSOCIATION<br>C/O RIKER DANZIG SCHERER HYLAND & PERRETTI<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVENUE<br>MORRISTOWN, NJ 07962-1981 | 17355 | $83,766,266.39<br>UNLIQUIDATED | (U) | $83,766,266.39 | (U) | Unliquidated Claim Estimated at an Amount Certain |
| 10 | 1060749<br>GEORGE, MARY K MD<br>9179 GRISSOM RD<br>SUITE 135<br>SAN ANTONIO, TX 78251 | 9830 | UNKNOWN | (U) | $10,226.54 | (U) | Unliquidated Claim Estimated at an Amount Certain |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

## In re: FPA Medical Management
## Exhibit A

| | Creditor Name and Address | Claim Number | Asserted Claim Amount* | Asserted Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 11 | 1062458<br>INTEGRATED HEALING ARTS, PA<br>4216 CORTEZ RD W<br>BRADENTON, FL 34210 | 4388 | UNKNOWN | (U) | $1,235.00 | (U) | Unliquidated Claim Estimated at an Amount Certain |
| 12 | 1066459<br>SETON PHYSICIAN BILLING SVC<br>PO BOX 7571<br>SAN FRANCISCO, CA 94120-7571 | 17376 | UNKNOWN | (U) | $260.00 | (U) | Unliquidated Claim Estimated at an Amount Certain |
| 13 | 1064918<br>SEVERIANO F SAN JUAN, JR , M D , FAAP<br>2040 MILLBURN AVE., 3RD FLOOR<br>MAPLEWOOD, NJ 07040 | 12925 | UNKNOWN | (U) | $225.11 | (U) | Unliquidated Claim Estimated at an Amount Certain |
| 14 | 1025550<br>THE COMPANY DOCTOR<br>PO BOX 844629<br>DALLAS, TX 75284-4629 | 2411 | UNKNOWN | (U) | $15.00 | (U) | Unliquidated Claim Estimated at an Amount Certain |
| 15 | 1067067<br>WEISS, EDWARD A , MD, INC.<br>900 WELCH ROAD, SUITE 208<br>PALO ALTO, CA 94304 | 21501 | UNKNOWN | (U) | $330.00 | (U) | Unliquidated Claim Estimated at an Amount Certain |
| | **Totals:** | 15 | $83,766,266.39 | (U) | $85,332,738.45 | (U) | |

-END OF EXHIBIT-

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured