# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 98-1596 (PJW) |
| | ) | |
| APF CO., et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## AFFIDAVIT OF SERVICE RE:

Exhibit 1  FORM W-9—REQUEST FOR TAXPAYER IDENTIFICATION NUMBER AND CERTIFICATION (Rev. October 2007) [with exhibits] [custom sample attached hereto]

Exhibit 2  FORM W-8BEN – CERTIFICATE OF FOREIGN STATUS OF BENEFICIAL OWNER FOR UNITED STATES TAX WITHHOLDING (Rev. February 2006) [with exhibits] [sample attached hereto]

Exhibit 3  FORM W-8ECI – CERTIFICATE OF FOREIGN PERSON'S CLAIM THAT INCOME IS EFFECTIVELY CONNECTED WITH THE CONDUCT OF A TRADE OR BUSINESS IN THE UNITED STATES (Rev. February 2006) [with exhibits] [sample attached hereto]

Exhibit 4  BAYARD COVER LETTER [custom sample attached hereto]

Exhibit 5  NOTICE TO ALL HOLDERS OF ALLOWED CLASS 4 UNSECURED CLAIMS [Re: Docket No. 4262]

Exhibit 6  Service List regarding Exhibits 1 through 5

I, James H. Myers, state as follows:

1.  I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by BMC Group, Inc., the Claims, Noticing and Balloting Agent for the Debtors and Debtors in Possession in the above-captioned case, whose business address is 444 North Nash Street, El Segundo, California 90245.

2. On July 17, 2009, at the direction of Bayard, P.A., co-counsel for Joseph A. Pardo, Trustee of the FPA Creditor Trust in the above-captioned action, the above referenced documents attached hereto as Exhibits 1 through 5 were served on the Affected Parties listed in Exhibit 6.

3. Such service was effected via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 22, 2009
El Segundo, California

James H. Myers

State of California )
)
County of Los Angeles )

On July 22, 2009 before me, Myrtle John, a Notary Public, personally appeared James H. Myers, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

