# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>APF Co., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 98-1596 (PJW)<br><br>Jointly Administered<br><br>**Re: Docket No.: 4935** |

## ORDER FURTHER EXTENDING THE TERM OF FPA CREDITOR TRUST

Upon the motion of Joseph A. Pardo, as successor trustee of the FPA Creditor Trust (the "Trustee"), for entry of an order further extending the term of the FPA Creditor Trust (the "Trust") through and including November 13, 2009 (the "Motion"); and good and sufficient notice of the Motion and the relief requested therein having been given; and it appearing that no other or further notice is necessary; and the Court having found that the requested extension is necessary to the purpose of the Trust; and after due deliberation and for sufficient cause shown, it is

ORDERED this 23 day of July 2009, that the term of the Trust is hereby extended through and including November 13, 2009, without prejudice to the right of the Trustee to seek further extensions of the term of the Trust.

_____
THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

{BAY:01219208v1}